Submitted June 8, 1970.
*Herman Weiner,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Simmons, Appellant.

Submitted June 8, 1970. *David A. Silverstein,* and *Techner, Rubin, Shapiro, Silverstein & Remick,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted June 8, 1970. *Harvey Smith,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued June 11, 1970. *Oscar N. Gaskins,* for appellant; *Stewart J. Greenleaf* Assistant District Attorney, with him *Paul W. Tressler* and *John W. Lauffer,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Steich, Appellant.

Submitted June 8, 1970. *Rodney D. Henry,* Public Defender, for appellant; *Michael F. O'Brien,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded so that appellant may amend the post-conviction petition of May 6, 1969, to allege any extraordinary circumstances which justify the failure to raise his new allegations on his prior petition. Post Conviction Hearing Act, Section 4(b)(2), Act of January 25, 1966, P. L. (1965) 1580, 19 P.S. §1180-4(b)(2) (Supp. 1970). See *Commonwealth v. Satchell,* 430 Pa. 443, 243 A. 2d 381 (1968).

WRIGHT, P. J., dissents.

## Commonwealth *v.* Stith, Appellant.

Submitted June 12, 1970. *David Rudovsky* and *John W. Packel,* Assistant